| | |
|---|---|
| | |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 11-CR-5831-L |
| Plaintiff, ) | |
| ) | ORDER TO CONTINUE |
| vs. ) | |
| ) | |
| MARIO ANGUIANO-SILVA (1), ) | |
| ) | |
| Defendant. ) | |

THE COURT HEREBY ORDERS, upon joint motion of the parties, that the May 14, 2012 sentencing hearing be continued to Tuesday, May 29, 2012, at 8:30 a.m.

IT IS SO ORDERED.

DATED: May 18, 2012

_____
M. James Lorenz
United States District Court Judge